FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08-CR-01320 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Charles L. Rose | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **nature of alleged violations, absence of**

1  *fully verified background information and*
2  *bail resources*
3
4  and/or
5  B.  [X]  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: *Δ's background criminal history,*
10  *nature of alleged offenses*
11
12
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  *1/22/09*
18
19                                    *Carla M Woehrle*
20                          _____
                            UNITES STATES MAGISTRATE JUDGE
21
22                                CARLA M. WOEHRLE
23
24
25
26
27
28

2